UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14368-CV-MIDDLEBROOKS

THE BURLINGTON INSURANCE COMPANY,

    Plaintiff,

v.

MICHAEL BRADLEY, as Personal
Representative of the Estate of CLAUDIA
BRADLEY, deceased, DOCKSIDE VIEW, LLC,
ON THE EDGE DOCKSIDE, LLC, TAYLOR
ZEUS, KORI BYRD, and VICTORIA ROBINSON,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court *sua sponte*. On October 28, 2022, plaintiff filed a complaint against all defendants. On March 13, 2023, defendants Dockside View, LLC and On the Edge Dockside, LLC filed a motion to dismiss this case. (DE 33). On August 23, 2023, I granted the motion to dismiss, dismissed two motions for partial summary judgement as moot (DE 79 and 81) and set a deadline of August 31, 2023 for the filing of any amended complaint. (DE 98). I cautioned Plaintiff that if no timely amended complaint is filed, this case will be closed. As of this date, Plaintiff has not filed an amended complaint, nor have they sought an extension of time to do so.

"A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F. 3d 1232, 1240 (11th Cir. 2009) (quoting *Chambers v. NASCO*, Inc.,

501 U.S. 32, 43 (1991)). Such authority includes the power to dismiss a case for failure to prosecute or for failure to comply with a court order under Fed. R. Civ. P. 41(b). *Id.*

Because Plaintiff has not filed an amended complaint and the deadline to do so has passed, it is **ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED** without prejudice.

2. The Clerk of Court shall **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT**, with the exception of DE 99, which the court will rule on in due course.

**SIGNED** in Chambers at West Palm Beach, Florida, this 11 day of September, 2023.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record